

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-15-00481-CV

**JOERIS GENERAL CONTRACTORS, LTD**.,
Appellant

v.

Rolando **CUMPIAN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14392
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file motion for rehearing or en banc reconsideration is hereby GRANTED. Time is extended to February 6, 2017.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court